**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR MANUEL PANTOJA ELVIRA; CLAUDIA LETICIA PANTOJA; CLAUDIA CESAREO ULLOA, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-71269 <br><br> Agency Nos. A091-661-817 <br> A091-864-571 <br> A091-864-572 <br><br><br> MEMORANDUM<sup>*</sup> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 23, 2010<sup>**</sup>

Before:    LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Victor Manuel Pantoja Elvira, Claudia Leticia Pantoja, and family, natives

and citizens of Mexico, petition for review of the Board of Immigration Appeals'

order dismissing their appeal from an immigration judge's ("IJ") decision denying

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

their application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of constitutional violations in immigration proceedings, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

We reject petitioners' claim that they were deprived of a full and fair hearing based on the IJ's refusal to allow Leticia Pantoja to renew her withdrawn asylum application, because they failed to demonstrate prejudice. *See Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000) (requiring prejudice to prevail on a due process challenge).

**PETITION FOR REVIEW DENIED.**